*RCP #151119   CK #113*

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-20672 - BURCH, BENITA W.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| City of East Cleveland<br>Ambulance Billing Office<br>P.O. Box 641986<br>Cincinnati, OH 45264 | 000011 | 71.80 | 3.60 |
| Remittance Total | | 71.80 | 3.60 |

*(signature)*

LAUREN A. HELBLING, Trustee

FILED
2010 OCT 13 PM 3:38
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND